IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CEDRIC LYNN STRUGGS,

    Plaintiff,

 v.

MIKE EVANS, Warden, et al.,

    Defendants.
             /

No. CV-10-1004 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

 **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED with prejudice.

Dated: June 15, 2010

                Richard W. Wieking, Clerk

                *Tracy Lucero*

                By: Tracy Lucero
                Deputy Clerk